IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RONALD SATISH EMRIT | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-697-Y |
| | § | |
| SABINE AISHA JULES | § | |

## ORDER OF DISMISSAL

On July 12, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* and instructed him to pay the applicable $402.00 filing and administrative fees if he wished to proceed with this action. In doing so, the Court cautioned Plaintiff that failure to timely make the applicable payment may result in the dismissal of this action without further notice. As of the date of this order, Plaintiff has failed to pay the requisite filing and administrative fees.

Accordingly, all of Plaintiff's claims are **DISMISSED without prejudice** for lack of prosecution. *See* Fed. R. Civ. P. 41(b).

SIGNED August 2, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE