IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT | § |
| | § |
| VS. | §   ACTION NO. 4:23-CV-697-Y |
| | § |
| SABINE AISHA JULES | § |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal and Federal Rule of Civil Procedure 58, all of Plaintiff's claims against Defendant in this action are hereby **DISMISSED without prejudice**. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED August 2, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE